IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------------X
STARK MASTER FUND LTD. AND STARK :
GLOBAL OPPORTUNITIES MASTER FUND :
LTD. :
 :
                Plaintiffs, : Case No. 14-CV-00689 (RTR)
 :
v. :
 :
CREDIT SUISSE SECURITIES (USA) LLC, :
DEUTSCHE BANK SECURITIES (USA), INC., :
APOLLO GLOBAL MANAGEMENT LLC, AND :
APOLLO MANAGEMENT HOLDINGS, L.P., :
 :
                Defendants.
---------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert I. Bodian of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appear for the Defendants Apollo Global Management LLC and Apollo Management Holdings, L.P., in the above-entitled action. I request that all further pleadings, court filings and other papers be served upon us via the Court's ECF filing system or at the addresses below.

Dated: October 22, 2014.

                                                          s/            Robert I. Bodian
                                                      Robert I. Bodian, NY Bar No. 1715309
                                                      Attorney for Defendants Apollo Global
                                                      Management LLC and Apollo Management
                                                      Holdings, L.P.,
                                                      MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                      AND POPEO, P.C.,
                                                      666 Third Avenue
                                                      New York, NY 10017
                                                      Telephone: (212) 935-3000
                                                      Fax: (212) 983-3115
                                                      Email: RIBodian@mintz.com