IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------------X
STARK MASTER FUND LTD. AND STARK :
GLOBAL OPPORTUNITIES MASTER FUND :
LTD. :
 :
               Plaintiffs, : Case No. 14-CV-00689 (RTR)
 :
v. :
 :
CREDIT SUISSE SECURITIES (USA) LLC, :
DEUTSCHE BANK SECURITIES (USA), INC., :
APOLLO GLOBAL MANAGEMENT LLC, AND :
APOLLO MANAGEMENT HOLDINGS, L.P., :
 :
               Defendants.
---------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Scott A. Rader of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appear for the Defendants Apollo Global Management LLC and Apollo Management Holdings, L.P., in the above-entitled action. I request that all further pleadings, court filings and other papers be served upon us via the Court's ECF filing system or at the addresses below.

Dated: October 22, 2014

                                                                        s/ Scott A. Rader
                                             Scott A. Rader, NY Bar No. 4476016
                                             Attorney for Defendants Apollo Global
                                             Management LLC and Apollo Management
                                             Holdings, L.P.,
                                             MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                             AND POPEO, P.C.,
                                             666 Third Avenue
                                             New York, NY 10017
                                             Telephone: (212) 935-3000
                                             Fax: (212) 983-3115
                                             Email: SARader@mintz.com