# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STARK MASTER FUND Ltd. and
STARK GLOBAL OPPORTUNITIES
MASTER FUND, Ltd.,

        Plaintiffs,

  -vs-                                    **Case No. 14-C-689**

CREDIT SUISSE SECURITIES (USA) LLC,
DEUTSCHE BANK SECURITIES USA, Inc.,
APOLLO GLOBAL MANAGEMENT LLC, and
APOLLO MANAGEMENT HOLDINGS, L.P.

        Defendants.

## DECISION AND ORDER

The plaintiffs filed a motion to restrict access to certain filings to case participants only. This submission does not establish "good cause for withholding the document or material from the public record." General L.R. 79(d)(3). The parties are invited to submit briefs on this issue within **fourteen (14) days** of the date of this Order. If no submissions are filed, the Court will deny the motion and direct the Clerk of Court to file the documents on the public record.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2016.

                                      **SO ORDERED:**

                                      s/ *Pamela Pepper*
                                      for **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**