

320 EAST BUFFALO STREET, SUITE 700 • MILWAUKEE, WI 53202

July 12, 2019

**VIA ECF**
The Honorable David E. Jones
United States Magistrate Judge
United States Federal Building and
Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    Re:     Stark master Fund, Ltd. et al. v. Credit Suisse Securities (USA) LLC, Case No. 14-CV-689

Dear Judge Jones:

    We represent the Plaintiffs in this matter. We respectfully write to inquire about the status of the pending Motion for Summary Judgment (Dkt. 159 ) by Defendant Credit Suisse, which was orally argued to the Court on November 8, 2017.

                                      Very truly yours,

                                      HALLING & CAYO, S.C.

                                      /s/ Michael H. Schaalman

                                      Michael H. Schaalman
                                      State Bar No. 1015424

MHS:msb
cc:     All Counsel (via ECF)

P: 414.271.3400    F: 414.271.3841    WWW.HALLINGCAYO.COM