# United States District Court
## Eastern District of Wisconsin

STARK MASTER FUND LTD. and
STARK GLOBAL OPPORTUNITIES
MASTER FUND LTD.,

                    Plaintiff(s),

    v.

CREDIT SUISSE SECURITIES (USA) LLC,

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 14-CV-689

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion for summary judgment filed by Credit Suisse, ECF No. 159, is **GRANTED.**

**IT IS FURTHER ORDERED** that Credit Suisse's motion for reconsideration, ECF No. 133, is **DENIED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** and that Plaintiffs shall take nothing from the Complaint.

                    Approved:   *s/ David E. Jones*
                                    DAVID E. JONES
                                    United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 24th day of September, 2019.

                                      STEPHEN C. DRIES
                                      Clerk of Court

                                      *s/ K. Hubacz*
                                      (By) Deputy Clerk